**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

LORI COOK, Personal Representative
and Administratrix of the Estate of
Elsie Bosley,

      Plaintiff,

v.                                  CIVIL ACTION NO. 3:07-CV-70
                                      (BAILEY)

ROMNEY HEALTH CARE CENTER,
LTD., LIMITED PARTNERSHIP;
GENESIS HEALTHCARE CORPORATION;
THE HAMPSHIRE COUNTY COMMISSION;
And ANTHONY K. HAYWOOD, D.O.,

      Defendants.

## ORDER

Pending before this Court is a Motion to Dismiss [Doc. No. 5] filed by the Hampshire County Commission on June 7, 2007. It is hereby **ORDERED** that the plaintiff shall file its response to the Motion [Doc. No. 5] on or before **February 15, 2008**.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record.

**DATED:** February 1, 2008.

                                            JOHN PRESTON BAILEY
                                            UNITED STATED DISTRICT JUDGE