# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**LORI COOK, Personal Representative
and Administratrix of the Estate of
Elsie Bosley,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 3:07-CV-70
(BAILEY)**

**ROMNEY HEALTH CARE CENTER,
LTD., LIMITED PARTNERSHIP;
GENESIS HEALTHCARE CORPORATION;
THE HAMPSHIRE COUNTY COMMISSION;
And ANTHONY K. HAYWOOD, D.O.,**

    **Defendants.**

## ORDER

Pending before this Court is a Motion to Dismiss [Doc. No. 5] filed by the Hampshire County Commission on June 7, 2007. Local Rule of Civil Procedure 7.02(b) indicates that a Response was due within fourteen (14) days after service of the Motion. This Court also ordered the plaintiff to file a Response [Doc. No. 41]. The plaintiff has not filed a Response to the Motion. Therefore, the Motion to Dismiss [Doc. No. 5] is hereby **GRANTED** and the Hampshire County Commission is **DISMISSED** as to Counts I, II, IV, V and VI of the Complaint.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record.

**DATED:** February 22, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE